**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Felton TABOR, Defendant–Appellant.**

**No. 02–4022.**

United States Court of Appeals,
Fourth Circuit.

Submitted June 7, 2002.

Decided June 24, 2002.

C. Carlyle Steele, Jr., Greenville, South Carolina, for Appellant. Regan Alexandra Pendleton, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before NIEMEYER, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Felton Tabor appeals his sentence imposed by the district court. Felton's counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), asserting there are no meritorious issues for appeal, but addressing the propriety of the district court's plea hearing conducted pursuant to Fed. R.Crim.P. 11. Tabor has also filed an informal brief on his own behalf raising several additional contentions. We have reviewed the plea hearing and the colloquy the district court undertook with Tabor. We find the court fully complied with Rule

11 and that Tabor's plea was knowing and voluntary. Moreover, we find the issues raised in Tabor's informal brief to be without merit. Accordingly, we affirm the district court's judgment.

We have examined the entire record in this case in accordance with the requirements of *Anders* and find no meritorious issues for appeal. This Court requires that counsel inform his client, in writing, of his right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this Court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on the client. Finally, we dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*